# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number: 05 CR 364

KENNETH C. BAKER, JR.

(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

**X**   CJA          __   RETAINED          __   FEDERAL PUBLIC DEFENDER

/S/
(signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

James W. Beane, Jr.   444920
(Attorney & Bar ID Number)

(Firm Name)
2715 M Street, NW  Suite 200
(Street Address)
Washington  DC  20007
(City)   (State)   (Zip)
(202) 333-5905
(Telephone Number)