UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA        :
                                :
        v.                      :
                                :       Criminal No.: 05 cr 364 (EGS)
KENNETH C. BAKER                :
                                :
        Defendant               :

MOTION TO HAVE THE DEFENDANT
IMMEDIATELY TRANSFERRED TO THE
DISTRICT OF COLUMBIA


Comes now, Kenneth C. Baker, by and through undersigned counsel, and respectfully

requests that the Court order the United States Marshal Service to immediately cause Mr.

Baker to be transferred to the District of Columbia for Arraignment before this Court or in the

alternative order him released from custody so that he may voluntarily return to the District of

Columbia.

1.      Mr. Baker has been charged in a five-count indictment in which the

government alleges that Mr. Baker engaged in fraudulent conduct while employed by Sun

Trust Bank.

2.      Prior to Mr. Baker being indicted, undersigned counsel represented Mr. Baker

during the grand jury process.  Mr. Baker was summoned to an interview with the FBI and

voluntarily appeared.  He was then summoned to the United States Attorney's Office and again

he voluntarily appeared.  Ultimately, Mr. Baker determined that he would not accept the

government's offer to aide them in their investigation of him.  Subsequent to Mr. Baker's

decision the FBI continued to contact members of his family and Mr. Baker's brother was

subpoenaed to testify before the grand jury.

3.      Mr. Baker has remained in contact with undersigned counsel over these many months since he declined to aide the government.  Counsel has from time to time contacted the United States Attorney assigned to this case for a status of the indictment.  Additionally, counsel informed the government that Mr. Baker was more than willing to surrender when and if an indictment was returned.

4.      On September 29, 2005, counsel received notice via the Electronic Court Filing System that an indictment had in fact been filed.   Counsel immediately telephoned AUSA Chad Sarchio, the assistant assigned to this case and again informed him that Mr. Baker would surrender.

5.      On or about Saturday October 1, 2005, Mr. Baker was arrested in Durham, NC. Mr. Baker was then living and working in Durham.  Mr. Baker was presented before a United States Magistrate Judge in North Carolina, on Monday, October 3, 2005, at which time he was held pending retrieval by the United States Marshal Service.

6.      Counsel has contacted the United States Attorney's Office, the United States Marshal Service in Greensboro, NC and the District of Columbia, no one has been able to say when Mr. Baker will be transferred to the District of Columbia. However, they all agree that it could be as much as 30 days or longer and that it will probably not happen in the next week. The practical result of the government's actions is that Mr. Baker may well spend time in jail for a crime he did not commit.

7.      The government's actions have left Mr. Baker in an unenviable, but avoidable position.  Mr. Baker should be immediately returned to this jurisdiction for arraignment and release pending trial.  If the United States Marshal Service is unwilling or unable to immediately transfer Mr. Baker to the District of Columbia than this Court should order his immediate release so that he may voluntarily return to the District of Columbia.  As indicated

above Mr. Baker has done everything in his power to cooperate with the government in their

investigation of him.  To continue to hold Mr. Baker without the opportunity to be heard is a

violation of his Constitutionally guaranteed right to due process of law and his liberty interest.

Mr. Baker is not a flight risks and his family lives in the Washington Metropolitan area.

      For the reasons stated above, undersigned counsel respectfully requests that this Court

grant Mr. Baker's request that the Court order the Unites States Marshal Service to

immediately transport Mr. Baker to the District of Columbia or in the alternative order his

immediate release so that he may return voluntarily.


                                        Respectfully submitted,


_____

James W. Beane Jr.
2715 M Street, NW
Suite 200
Washington, D.C. 20007
beane.law@verizon.net
Tel. (202) 333-5905
Fax (202) 333-5906

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Motion has been served upon
Assistant United States Attorney, Chad Sarchio, Esquire, via the Court's ECF system, on this 7th
day of October 2005.

Respectfully submitted,

_____
James W. Beane, Jr.