UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05 cr 364 (EGS) |
| : | |
| KENNETH C. BAKER : | |
| : | |
| Defendant : | |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's motion to immediately transfer the defendant to the District of Columbia. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of October, 2005,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that the United States Marshall Service shall immediately cause Mr. Baker to be transferred to the District of Columbia for arraignment before this Court.

SO ORDERED

_____          _____
DATE                            EMMET G. SULLIVAN
                                UNITED STATES DISTRICT JUDGE


cc: AUSA, Chad Sarchio, Esquire          James W. Beane, Jr., Esquire
    United States Attorney's Office      2715 M Street, N.W.
    555 4th Street, NW                   Suite 200
    Washington, DC 20530                 Washington, DC  20007