UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No.: 05 cr 364 (EGS) |
| KENNETH C. BAKER : | |
| : | |
| Defendant : | |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's motion to be released so that he may voluntarily return to the District of Columbia. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of October, 2005,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that Mr. Baker shall be immediately released so that he may voluntarily return to the District of Columbia for arraignment before this Court.

SO ORDERED

_____          _____
DATE                             EMMET G. SULLIVAN
                                 UNITED STATES DISTRICT JUDGE

cc: AUSA, Chad Sarchio, Esquire        James W. Beane, Jr., Esquire
    United States Attorney's Office    2715 M Street, N.W.
    555 4th Street, NW                 Suite 200
    Washington, DC 20530               Washington, DC  20007