UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No.: 05 cr 364 (EGS) |
| KENNETH C. BAKER : | |
| : | |
| Defendant : | |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's motion to be released on personal recognizance pending trial in this matter.  Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of October, 2005,

ORDERED that Mr. Baker's motion is granted.  It is

FURTHER ORDERED that Mr. Baker shall be released on his personal promise to appear for all scheduled court appearances.

SO ORDERED

_____         _____
DATE                             Deborah A. Robinson
                                 UNITED STATES MAGISTRATE JUDGE


cc: AUSA, Chad Sarchio, Esquire          James W. Beane, Jr., Esquire
    United States Attorney's Office       2715 M Street, N.W.
    555 4th Street, NW                    Suite 200
    Washington, DC 20530                  Washington, DC  20007