# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: **05-364** | MAGIS. NO: |
| v. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| Kenneth C. Baker, Jr. | xx., Apt. xxM | |
| | **FILED** | |
| | OCT 1 3 2005 | |
| DOB: xx   PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Bank Fraud
Money Laundering
Interstate Transportation of Stolen Property
Aiding and Abetting and Causing an Act to be Done
First Degree Fraud

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 1344, 1956, 2314, and 2
22 D.C. Code 13221(a), 3222(a)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: 09/29/05 |
| CLERK OF COURT: **Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE: SEP 30 2005 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9/30/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 10·13·05 | Sean McLeod SDUSM | S M |