UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
v.                               :
                                 :   Criminal No.: 05 cr 364 (EGS)
KENNETH C. BAKER                 :
                                 :   **FILED**
Defendant                        :
                                 :   OCT 1 3 2005

ORDER

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

This matter is before the Court on Defendant Kenneth C. Baker's motion to be released on personal recognizance pending trial in this matter. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this 13th day of October, 2005,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that Mr. Baker shall be released on his personal promise to appear for all scheduled court appearances.

SO ORDERED

_____          _____
DATE                                     Deborah A. Robinson
                                         UNITED STATES MAGISTRATE JUDGE

cc: AUSA, Chad Sarchio, Esquire          James W. Beane, Jr., Esquire
    United States Attorney's Office      2715 M Street, N.W.
    555 4th Street, NW                   Suite 200
    Washington, DC 20530                 Washington, DC 20007