UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05 - 364 (EGS) |
| : | |
| KENNETH C. BAKER, JR. : | |
| : | |
| Defendant : | |

## MOTION TO CONTINUE STATUS HEARING

COMES NOW Defendant, by and through counsel, and requests that this Court continue the status hearing currently scheduled for October 21, 2005.

1. On October 13, 2005, Mr. Baker was Arraigned before Magistrate Judge Robinson. On October 17, 2005, counsel received notice that a Status Conference has been set for October 21, 2005. Unfortunately, counsel is not available to appear on October 21, 2005.

3. Counsel is scheduled to be out of the jurisdiction on October 21, on matter that was previously scheduled. Because Mr. Baker travels from Durham North Carolina the Court ordered that Mr. Baker report to pre-trial services on alternate Friday's. Therefore, counsel suggests that the Court re-schedule the status hearing to a Friday in the near future. Counsel is available on Friday, October 28, November 4, and November 11, 2005.

4. Counsel spoke with AUSA Sarchio to ascertain his position on this request. AUSA Sarchio does not object to this motion and requests that the Court schedule this matter for Friday October 28, 2005, in the afternoon.

Accordingly, counsel requests that the Court continue this matter for at least one week.

Respectfully submitted,

        _____/s/_____
James W. Beane, Jr.
Bar No. 444920

2715 M Street, NW
Suite 200
Washington, DC  20007
202-333-5905

CERTIFICATE OF SERVICE

    I do hereby certify that a copy of this motion was delivered to Assistant United States Attorney Chad Sarchio, via the ECF system on this 19th day of October, 2005.


                                                         /s/
                                          James W. Beane, Jr.