UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05 - 364 (EGS) |
| | : | |
| KENNETH C. BAKER, JR. | : | |
| | : | |
| Defendant | : | |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's motion to continue the status conference currently scheduled for Friday October 21, 2005. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of October, 2005,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that Mr. Baker shall appear on the ___ day of _____, 2005, for a further status in this matter.

SO ORDERED

_____          _____
DATE                           EMMET G. SULLIVAN
                               UNITED STATES DISTRICT COURT JUDGE


cc: AUSA, Chad Sarchio, Esquire         James W. Beane, Jr., Esquire
    United States Attorney's Office      2715 M Street, N.W.
    555 4th Street, NW                   Suite 200
    Washington, DC 20530                 Washington, DC  20007