UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05 - 364 (EGS) |
| : | |
| KENNETH C. BAKER, JR. : | FILED |
| : | |
| Defendant : | OCT 2 0 2005 |

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This matter is before the Court on Defendant Kenneth C. Baker's motion to continue the status conference currently scheduled for Friday October 21, 2005. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of October, 2005,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that Mr. Baker shall appear on the 28th day of October, at 12:00 p.m., 2005, for a further status in this matter.

SO ORDERED

_____
DATE

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT JUDGE

cc: AUSA, Chad Sarchio, Esquire
    United States Attorney's Office
    555 4th Street, NW
    Washington, DC 20530

James W. Beane, Jr., Esquire
2715 M Street, N.W.
Suite 200
Washington, DC 20007