# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John Brubaker, Clerk

October 6, 2005

TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
District of Columbia
1834 E. Barrett Prettyman
United States Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

05cr364 (EGS)

Dear Ms. Mayer-Whittington:

RE: USA v. KENNETH C. BAKER, JR.
MDNC No. 1:05-MJ-1050-1

Enclosed are certified copies of the following papers for each of the above-named defendants for disposition in your district:

1. Financial Affidavit.
2. Waiver Rule 5 Hearings.
3. Motion for Detention Hearing
4. Order of Temporary Detention.
5. Initial Criminal Proceedings Sheet.
6. Commitment to Another District.
7. Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,
JOHN S. BRUBAKER, CLERK
By Kim Garrett
Deputy Clerk

Enclosures
cc: U. S. Pretrial, U.S. Attorney,
    U. S. Marshal

| | | | |
|---|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: _____ VS _____

FOR ____  AT ____

**FILED OCT - 5 2005** — In this office, Clerk U.S. District, Greensboro

PERSON REPRESENTED (Show your full name): Kenneth Charles Baker, Jr.
29 Dansey Circle, unit Q
Durham, NC 27713
919-544-5447
With friend, Courtney Ward

CHARGE/OFFENSE: ☒ Felony  ☐ Misdemeanor

- 1 ☐ Defendant — Adult
- 2 ☐ Defendant — Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

LOCATION NUMBER: ____

DOCKET NUMBERS
Magistrate: DC
District Court: GJO
Court of Appeals: ____

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed   (4 months)
Name and address of employer: RBC Centura Bank
IF YES, how much do you earn per month? $ 6,000.00
IF NO, give month and year of last employment. How much did you earn per month? $ —

If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ N/A  SOURCES ____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ 2,300.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT — VALUE N/A  DESCRIPTION ____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ____ SINGLE  ____ MARRIED  ____ WIDOWED  ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: 4 y.o. son

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| Rent | | $ | $ 500.00 |
| Electricity | | $ | $ 70.00 |
| Groceries | | $ | $ 300.00 |
| Telephone | | $ | $ 40.00 |
| Gasoline | | $ | $ 300.00 |
| Child Support | | $ | $ 600.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) October 5th, 2005

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/

A True Copy
Teste:
John S. Brubaker, Clerk
By: /s/ Kim Gentry, Deputy Clerk

AO 466A (Rev 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA

v

Kenneth C Baker

Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER  1 05MJ1050

CHARGING DISTRICTS
CASE NUMBER   GJO

I understand that charges are pending in the _____ District of Columbia

alleging violation of  18 1344, 1956, 2314, 2 & 22DC Code 3221(a)(1)  and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel,

(2) an identity hearing to determine whether I am the person named in the charges,

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution, and

(4) request transfer of the proceedings to this district under Rule 20, Fed R Crim P, in order to plead guilty

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( L ) identity hearing

(   ) preliminary hearing

(   ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me

_____
Defendant

October 6, 2005
_____
Date

_____
Defense Counsel

A True Copy
Teste:
John S. Brubaker, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:05MJ1050-1 |
| | : | |
| v. | : | |
| | : | MOTION BY UNITED STATES |
| KENNETH C. BAKER, JR. | : | FOR A DETENTION HEARING |

NOW COMES the United States of America, by and through Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, and respectfully moves this Court to hold a detention hearing in the above-captioned case, and in support thereof states to the Court the following:

The defendant is charged in the above-captioned case in the District of Columbia with bank fraud, in violation of Title 18, United States Code, Section 1344; money laundering, in violation of Title 18, United States Code, Section 1956; interstate transportation of stolen property, in violation of Title 18, United States Code, Section 2314; and first degree fraud, in violation of Title 22, District of Columbia Code, Sections 3221(a) and 3222(a)(1).

The case in which the above-captioned defendant stands accused involves:

    \_\_\_\_\_    a.  a crime of violence;

    \_\_\_\_\_    b.  an offense for which the maximum sentence is life or death;

    \_\_\_\_\_    c.  an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act,

       Title 21, United States Code, Section 801, <u>et</u> <u>seq</u>., the Controlled Substances Import and Export Act, Title 21, United States Code, Section 951, <u>et</u> <u>seq</u>., or the Maritime Drug Law Enforcement Act, Title 46, United States Code, Appendix 1901, et <u>seq</u>.; or

_____  d. a felony committed after the defendant has been convicted of two or more prior offenses described in (a) through (c) above, or two or more state or local offenses described in (a) through (c) above if circumstances giving rise to federal jurisdiction had existed.

  The nature and circumstances of the instant federal offense, the above-captioned defendant's arrest, and/or the above-captioned defendant's criminal record indicate the existence of:

 _X_  a. a serious risk that the defendant will flee;

_____  b. a serious risk that the defendant will endanger the safety of any other person or the community; or

_____  c. a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

  WHEREFORE, the United States respectfully requests that the Court hold a detention hearing in the above-captioned case and

2

that it continue the detention hearing for a reasonable period of time from the date of the defendant's first appearance before a judicial officer to allow the United States to prepare.

This the 3rd day of October, 2005.

> Respectfully submitted,
>
> ANNA MILLS WAGONER
> United States Attorney
>
> *Randall S. Galyon/AH*
>
> RANDALL S. GALYON
> Assistant United States Attorney
>
> P. O. Box 1858
> Greensboro, NC  27402
>
> 336/333-5351

A True Copy
Teste:
John S. Brubaker, Clerk
By: *[signature]*
Deputy Clerk

AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____North Carolina_____

UNITED STATES OF AMERICA

V.

Kenneth C. Baker
_____
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case   1:05MJ1050

Upon motion of the _____U.S. Attorney_____, it is ORDERED that a detention hearing is set for _____ * _____
                                                                                      *Date*                                      *Time*

before _____ as directed by the United States District Court for the District of Columbia _____
                          *Name of Judicial Officer*

_____
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____) and produced for the hearing.
*Other Custodial Official*

Date: _____October 4, 2005_____

cc:   U.S. Attorney
      Chief, Pretrial Services
      U.S. Marshal

*[signature]*
Wallace W. Dixon, United States Magistrate Judge

A True Copy
Teste:
John S. Brubaker, Clerk
By: *[signature]*
Deputy Clerk

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:05MJ1050

FJF 7150.1 (11/01)

# INITIAL CRIMINAL PROCEEDINGS
# BEFORE U.S. MAGISTRATE JUDGE

UNITED STATES VS.

| | DATES OF | | | | | |
|---|---|---|---|---|---|---|
| | CUSTODY | ARREST/ SERVICE | INITIAL APPEARANCE | OFFENSE | PRELIM. EXAM | WAIVER |
| 1 Kenneth C. Baker | | | 10/03/05 | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |

TIME SPENT IN COURT:

INITIAL: _____

DETENTION HEARING: _____

PE: _____

ARRAIGNMENT: _____

FILED
OCT - 6 2005
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

RULE 5 - DISTRICT OF COLUMBIA

DEF RELEASED: ✓ NO ___ YES

UNSECURED  $_____

SECURED  $_____

JUDGE DIXON:

___ ✓ COMMITTMENT TO ANOTHER DISTRICT
___ ORDER OF TEMP DETENTION
___ ✓ WAIVER OF RULE 5 HEARINGS
___ Schedule Preliminary Hearing-NO INDICTMENT
___ Transfer to this district - Rule 20

ATTORNEY: ___ FPD
___ PANEL ___ CJA

ATTY: _____

TRANSLATOR NEEDED:

LANGUAGE _____

Docketing & PDF Forms Sent:
___ ✓ Arrest     ___ ✓ Commitment Order
___ Initial Appearance   ___ ✓ Temp Detention
___ Preliminary Hearing  ___ FPD Order

APPEARANCE DATE

HELD TO ANSWER
TO U.S. DISTRICT COURT

AT: _____

ON
DATE: ➡ _____

A True Copy
Teste:
John S. Brubaker, Clerk
By: _____
Deputy Clerk

COMMENT

10/3 E-mail sent with IA Log Notes
— Faxed to FPD - ONLY IF PRELIMINARY HEARING IS SCHEDULED
— E-mail sent with Log Notes

COPY DISTRIBUTION:   CLERK'S OFFICE   U.S. ATTY   PRETRIAL   MARSHAL

Case 1:05-mj-01050-WWD   Document 3   Filed 10/04/2005   Page 1 of 1

Commitment to Another District

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____North Carolina_____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| Kenneth C. Baker | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | GJO | 1:05MJ1050 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☑ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of  18  U.S.C. § 1344, 1956, 2314 and 2; 22 D.C. Code 13221(a), 3222(a)(1)

**DISTRICT OF OFFENSE**
District of Columbia

**DESCRIPTION OF CHARGES:**

Bank Fraud, Money Laundering, Interstate transportation of Stolen Property, Aiding and Abeiting and Causing an Act to be done, First Degree Fraud

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☑ None |
|---|---|---|---|---|
| Interpreter Required? | ☑ No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

October 4, 2005                        _/s/ Wallace W. Dixon_
        Date                        Wallace W. Dixon, United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

A True Copy
Teste:
John S. Brubaker, Clerk
By: _/s/ Kim Bennett_
Deputy Clerk

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

CLOSED

# U.S. District Court
## North Carolina Middle District (Durham)
## CRIMINAL DOCKET FOR CASE #: 1:05-mj-01050-WWD-ALL

Case title: USA v. BAKER                                Date Filed: 10/03/2005

---

Assigned to: MAG/JUDGE WALLACE W. DIXON

**Defendant**

KENNETH CHARLES BAKER, JR. (1)

**Pending Counts**                                      **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                   **Disposition**

None

A True Copy
Teste:
John S. Brubaker, Clerk
By:
Deputy Clerk

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

ARREST OF RULE 5

---

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2005 |  | Arrest (Rule 5 - DC) of KENNETH CHARLES BAKER, JR. (Klenke, Cynthia) (Entered: 10/03/2005) |
| 10/03/2005 |  | Minute Entry for proceedings held before Judge WALLACE W. DIXON:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to KENNETH CHARLES BAKER, JR held on 10/3/2005. Defendant advised of rights and charges. Defendant to be removed to the District of Columbia. (Klenke, Cynthia) (Entered: 10/03/2005) |
| 10/03/2005 | 1 | MOTION for a Detention Hearing by USA as to KENNETH CHARLES BAKER, JR. (Lance, Joy) (Entered: 10/03/2005) |
| 10/04/2005 | 2 | ORDER OF TEMPORARY DETENTION as to KENNETH CHARLES BAKER, JR. Detention hearing to be scheduled in the District of Columbia. Signed by Judge WALLACE W. DIXON on 10/04/05. (Garrett, Kim) (Entered: 10/04/2005) |

| | | |
|---|---|---|
| 10/04/2005 | 3 | COMMITMENT TO ANOTHER DISTRICT as to KENNETH CHARLES BAKER, JR. Defendant committed to District of Columbia. Signed by Judge WALLACE W. DIXON on 10/04/05. (Garrett, Kim) (Entered: 10/04/2005) |
| 10/06/2005 | 4 | ***SEALED FINANCIAL AFFIDAVIT by KENNETH CHARLES BAKER, JR (Garrett, Kim) (Entered: 10/06/2005) |
| 10/06/2005 | 5 | WAIVER of Rule 5(c)(3) Hearing by KENNETH CHARLES BAKER, JR (Garrett, Kim) (Entered: 10/06/2005) |
| 10/06/2005 | 6 | Letter to Clerk, District of Columbia as to Rule 5. Documents sent to District of Columbia. Certified copies of financial affidavit, waiver Rule 5 hearing, motion for detention, initial criminal proceedings sheet, commitment to another district, and docket Sheet as to KENNETH CHARLES BAKER, JR. (Garrett, Kim) (Entered: 10/06/2005) |