CO-1 80 (Rev - DC 03/00)

## WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 05-634 364 | MAGIS. NO: |
|---|---|---|

**V.**

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

KENNETH C. BAKER, JR.

**KENNETH C. BAKER, JR.**

KENNETH C. BAKER, JR.

DOB: 12/20/62         PDID#

FILED

OCT 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WARRANT ISSUED ON THE BASIS OF:  Order of Court

DISTRICT OF ARREST

CITY

TO:  ANY UNITED STATES MARSHAL OR
OTHER AUTHORIZED OFFICER

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FAILURE TO APPEAR

MONEY LAUNDERING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 18 USC 1344

BAIL FIXED BY COURT:

HOLD WITHOUT BOND

OTHER CONDITIONS OF RELEASE:

ORDERED BY:

JUDGE/MAGISTRATE JUDGE

EMMET G. SULLIVAN

DATE ISSUED:

10/28/05

CLERK OF COURT:

Nancy Mayer-Whittington

BY DEPUTY CLERK:

DATE:

10/28/05

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |