UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-364 |
| | : | |
| v. | : | **Judge Emmet G. Sullivan** |
| | : | |
| **KENNETH C. BAKER, JR.** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the government's Motion for Taking a Videotaped Deposition of Doris Medley is GRANTED.

DATED:        _____, 2005

_____
Emmett G. Sullivan