UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  CR 05-364 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **KENNETH C. BAKER, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lynn C. Holliday, at telephone number (202) 616-9550, and/or email address lynn.holliday@usdoj.gov.  Assistant United States Attorney Lynn C. Holliday  will substitute for Assistant United States Attorney Chad Sarchio as counsel for the United States.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

---

Lynn C. Holliday
Assistant United States Attorney
Federal Major Crimes Section,  Bar No. 415-954
555 4th Street, NW,  Room 4235
Washington, DC 20530
(202) 616-9550