UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR 05-364(EGS) |
| | : | |
| v. | : | |
| | : | |
| KENNETH C. BAKER, JR., | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING

_____The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this unopposed motion to continue the status hearing, currently scheduled for November 22, 2005 at 10:00 a.m., and states as follows:

1. Undersigned counsel for the government entered her appearance in this case, by way of a Notice of Substitution of Counsel, on November 15, 2005. On the same date, the Court rescheduled the status hearing that was originally set for November 17, 2005 to November 22, 2005 at 10:00 a.m.

2. Counsel for the government is scheduled to be out-of-state November 21, 2005 through November 25, 2005 due to the holiday, and therefore will unavailable for the status hearing on November 22, 2005.

3. Undersigned government counsel has spoken with defense counsel, James W. Beane, Jr., regarding this request and he does not oppose this motion.

4. December 2, 2005 is available for government counsel and defense counsel for a status hearing in this matter, should the Court grant this motion.

2

WHEREFORE, the government respectfully requests that the status hearing in this case be continued until December 2, 2005, and that the current November 22, 2005 date be vacated.

Respectfully Submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

By: _____

LYNN C. HOLLIDAY
ASSISTANT U.S. ATTORNEY
D.C. Bar Number 415954
United States Attorney's Office
555 Fourth Street, N.W., 4235
Washington, D.C.  20530
Tel. (202) 616-9550
lynn.holliday@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :      Criminal No. CR 05-364(EGS)
                           :
            v.             :
                           :
KENNETH C. BAKER, JR.,      :
                           :
        Defendant.      :

O R D E R

_____Upon consideration of the unopposed motion of the United States to continue the status

hearing in this matter, and for good cause shown, it is hereby

ORDERED that the motion is granted.  A status hearing will be held on the _____day

of _____, 2005, at _____ a.m./p.m.  It is

FURTHER ORDERED that the November 22, 2005 status hearing date is vacated.


_____
Emmet G. Sullivan
United States District Court Judge


cc:    AUSA Lynn C. Holliday
       United States Attorney's Office
       555 Fourth Street, N.W., Rm. 4235
       Washington, D.C.  20530
       lynn.holliday@usdoj.gov

       James W. Beane, Jr.,Esquire
       803 Florida Avenue, N.W.
       Washington, DC 20001