UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR 05-364(EGS) |
| | : | |
| v. | : | |
| | : | |
| KENNETH C. BAKER, JR., | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S UNOPPOSED MOTION TO ADVANCE  STATUS HEARING DATE

_____The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby files this unopposed motion to advance the status hearing, currently

scheduled for December 16,  2005  at 10:00 a.m., and states as follows:

1.  A status hearing was previously scheduled for December 2, 2005 at 11:30 in this

matter.  Government counsel received a notice from the Court on December 1, 2005, stating that

the status hearing date was continued until December 16, 2005 at 10:00 a.m., and that the

December 2, 2005 status hearing was cancelled.

2.  The defendant was indicted in this matter on September 29, 2005 and arraigned by the

Court on October 13, 2005.  According to undersigned government counsel's calculations, the

70th day for purposes of the Speedy Trial Act would be December 22, 2005.  Consequently, the

government is requesting that the Court advance the status hearing date, so that a trial date can be

set as soon as possible.

3.  Undersigned government counsel has spoken with defense counsel, James W. Beane,

Jr., regarding this request and he does not oppose this motion.  Further, December 6, 2005 is a

2

good date for government counsel and defense counsel for a status hearing in this matter, should

the Court grant this motion.

WHEREFORE, the government respectfully requests that the status hearing in this case

be advanced from December 22, 2005 to December 6, 2005.

Respectfully Submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

By:      _____

LYNN C. HOLLIDAY
ASSISTANT U.S. ATTORNEY
D.C. Bar Number 415954
United States Attorney's Office
555 Fourth Street, N.W., 4235
Washington, D.C.  20530
Tel. (202) 616-9550
lynn.holliday@usdoj.gov