UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR 05-364(EGS) |
| v. | : | |
| KENNETH C. BAKER, JR., | : | |
| Defendant. | : | |

O R D E R

_____Upon consideration of the unopposed motion of the United States to advance the status hearing in this matter, and for good cause shown, it is hereby

ORDERED that the motion is granted. A status hearing will be held on the _____day of _____, 2005, at _____ a.m./p.m.

                                                                    _____
                                                                    Emmet G. Sullivan
                                                                    United States District Court Judge

cc:    AUSA Lynn C. Holliday
        United States Attorney's Office
        555 Fourth Street, N.W., Rm. 4235
        Washington, D.C. 20530
        lynn.holliday@usdoj.gov

        James W. Beane, Jr.,Esquire
        803 Florida Avenue, N.W.
        Washington, DC 20001