UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No.: 05 cr 364 (EGS) |
| KENNETH C. BAKER : | |
| : | |
| Defendant : | |

ORDER

This matter is before the Court on the government's motion to take the video deposition of Ms. Doris Medley, and Mr. Kenneth Baker's Opposition thereto. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of December, 2005,

ORDERED that the government's motion is Denied.

SO ORDERED

_____          _____
DATE                         EMMET G. SULLIVAN
                             United States District Court Judge


cc: AUSA, Lynn C. Holliday, Esquire         James W. Beane, Jr., Esquire
    United States Attorney's Office          2715 M Street, N.W.
    555 4th Street, NW                       Suite 200
    Washington, DC 20530                     Washington, DC  20007