UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05 - 364 (EGS) |
| | : | |
| KENNETH C. BAKER, JR. | : | |
| | : | |
| Defendant | : | |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's motion modify the conditions of his pre-trial release. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of December, 2005,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that Mr. Baker shall be released on his personal promise to appear at each and every Court date scheduled by this Court.

SO ORDERED

_____     _____
DATE                       EMMET G. SULLIVAN
                           UNITED STATES DISTRICT COURT JUDGE


cc: AUSA, Lynn C. Holiday, Esquire      James W. Beane, Jr., Esquire
    United States Attorney's Office     2715 M Street, N.W.
    555 4th Street, NW                   Suite 200
    Washington, DC 20530                 Washington, DC 20007