UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-364 (ESG) |
| | : | |
| v. | : | |
| | : | |
| KENNETH BAKER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

GOVERNMENT'S MOTION REQUESTING PERMISSION TO VIDEOTAPE
COURT PROCEEDING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this motion requesting permission to videotape a court proceeding. In support of its motion, the government states as follows:

1. Trial in this matter is scheduled for January 18, 2006.

2  The defendant is charged with Bank Fraud, Money Laundering, and Interstate Transportation of Stolen Property. The government's evidence at trial will establish that the defendant, who was an investment consultant at the time, fraudulently obtained $96,000.00 from the bank account of the victim, Doris Medley. The victim was 87 years old at the time of these offenses and it is the government's theory that Ms. Medley was specifically targeted by the defendant because of her age and vulnerability.

3. A deposition of Ms. Medley is currently scheduled for December 22, 2005 at 2:00 p.m. in Courtroom 24A.

4. The government is seeking permission to videotape the deposition of Ms. Medley so that the government would be able to visually present the victim, along with her recorded

2

testimony, to the jury at the trial in this matter, should the complainant become unavailable to testify.

WHEREFORE, the government respectfully requests that its request for permission to videotape the deposition of Ms. Doris Medley on December 22, 2005 be granted.

Respectfully Submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____

LYNN C. HOLLIDAY
ASSISTANT U.S. ATTORNEY
D.C. Bar Number 415954
United States Attorney's Office
555 Fourth Street, N.W., 4235
Washington, D.C.  20530
(202) 616-9550
Lynn.Holliday@usdoj.gov