UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-364 (ESG) |
| v. | : | |
| KENNETH BAKER, | : | |
| Defendant. | : | |

ORDER

_____Upon consideration of the government's motion requesting permission to videotape the deposition of Ms. Doris Medley on December 22, 2005, and for good cause shown, it is hereby

ORDERED that the motion is granted.

_____
Emmet G. Sullivan
United States District Court Judge