UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR 05-364 (EGS) |
| v. | : | |
| KENNETH BAKER, | : | |
| Defendant. | : | |

O R D E R

Upon consideration of the Government's Opposition to defendant's Motion for Modification of Conditions of Pre-Trial Release, and for good cause shown, it is hereby

ORDERED that the defendant's motion is denied.

_____
Emmet G. Sullivan
United States District Court Judge

cc:   AUSA Lynn C. Holliday
      United States Attorney's Office
      555 Fourth Street, N.W., Rm. 4235
      Washington, D.C.  20530
      lynn.holliday@usdoj.gov

      James Beane, Jr., Esq.
      2715 M Street, N.W., Suite 200
      Washington, DC 20007