UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Cr. No. 05 - 0364 (EGS) |
| | : | |
| KENNETH C. BAKER, | : | |
| | : | |
| Defendant | : | |

MOTION TO ENLARGE TIME IN WHICH TO PROVIDE
THE GOVERNMENT WITH DISCOVERY

KENNETH C. BAKER, by and through undersigned counsel requests additional time in which to provide the government with an original letter written by Ruqiya Akhdar to Mr. Baker.

1.  On December 22, 2005, this Court ordered counsel to provide the government with the original letter written by Ruqiya Akhdar to Kenneth Baker.  Counsel indicated that he had the letter and would provide it to the government.  Counsel was mistaken; he does not have the letter in his possession.

2.  Mr. Baker believes he may have the letter in his possession and will go to his home in North Carolina to retrieve the letter.  Mr. Baker will leave for North Carolina in the next day or so.  He believes he can have the letter to counsel by the middle of next week.

3.  Counsel, accordingly requests an enlargement of time to Friday, December 30, 2005, in which to provide the government with the subject letter.

For the foregoing reasons, Mr. Baker respectfully requests that his motion be granted.

                                            Respectfully submitted,

                                            /s/
                              _____
                              James W. Beane, Jr.
                              D.C. Bar 444920
                              2715 M Street, N.W. Suite 200
                              Washington, DC  20007
                              202-333-5905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion to revoke pretrial detention order, has been served upon the Assistant United States Attorney, Lynn Holliday, via first class mail at, 555 Fourth St. N.W., Washington, D.C. 20004, on this 23rd day of December 2005. All counsel will be served via the ECF system.

Respectfully submitted,

/s/

_____

James W. Beane, Jr.