UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Cr. No. 05 – 0364 (EGS) |
| v.            : | |
| : | |
| : | |
| KENNETH C. BAKER : | |

ORDER

This matter is before the court on the defendant Kenneth C. Baker's Motion to Enlarge time in which to provide the government with an original letter. Upon consideration for the reasons set forth in the motion and the record herein, it is this _____ day of ____ December 2005

ORDERED that the motion of the defendant is hereby GRANTED; it is

FURTHER ORDERED that the defendant has until Friday, December 30, 2005 to provide the government with the subject original letter.

SO ORDERED.

_____
The Honorable Emmet G. Sullivan
United States District Court Judge

1