UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-364 (EGS) |
| | : | |
| v. | : | |
| | : | |
| KENNETH BAKER, | : | |
| | : | |
| Defendant. | : | Trial: January 18, 2006 |
| | : | |

GOVERNMENT'S FIRST NOTICE OF INTENT TO INTRODUCE CERTIFIED
BUSINESS RECORDS, UNDER F.R.E. 803(6) AND 902(11)

⎯⎯⎯⎯⎯The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby serves notice of its intent to introduce the following certified business records under Rules 803(6) and 902(11) of the Federal Rules of Evidence.

1. SunTrust Bank records of the money market and checking accounts of Doris Medley, including but not limited to deposit and withdrawal slips, cancelled checks, applications and signature cards, monthly statements, and credit and debit slips.

2. SunTrust Bank records of the checking account of Ruqiya Raisa Akhdar, including but not limited to deposit and withdrawal slips, cancelled checks and counter checks, applications and signature cards, monthly statements, and credit and debit slips.

3. Suntrust Bank security records, including surveillance photographs maintained in the ordinary course of business.

4. All of the records the government will seek to introduce through certification have been provided in discovery.

5. Records Custodian(s) will complete and submit written declarations in a form similar to that attached hereto as "Exhibit A."

2

WHEREFORE, the government submits its first notice of intent to introduce certified business records under Rules 803(6) and 902(11) of the Federal Rules of Evidence.

                Respectfully Submitted,

                KENNETH L. WAINSTEIN
                UNITED STATES ATTORNEY
                D.C. Bar Number 451058

By: _____

                LYNN C. HOLLIDAY
                D.C. Bar Number 415954
                BARBARA E. KITTAY
                D.C. Bar Number 414216
                Assistant U.S. Attorneys
                555 Fourth Street, N.W., Rm. 4235
                Washington, D.C.  20530
                Tel. (202) 616-9550
                Lynn.holliday@usdoj.gov
                Barbara.kittay@usdoj.gov

# Exhibit A

Case 1:05-cr-00364-RMU     Document 36     Filed 12/29/2005     Page 3 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-364 (EGS) |
| | : | |
| v. | : | |
| | : | |
| KENNETH BAKER, | : | |
| | : | |
| Defendant. | : | Trial: January 18, 2006 |
| | : | |

**<u>DECLARATION AND CERTIFICATION OF RECORDS COPIES</u>**

I am a duly authorized Custodian of the Records of SunTrust Bank (hereafter referred to as "SunTrust"), and I do hereby certify that the records enclosed herewith are true and correct copies of the records subpoenaed in the above-captioned case of <u>United States v. Kenneth Baker</u>, 05-364 (EGS).

The enclosed records were prepared in the ordinary course of our business by employees of SunTrust, at or near the time of the acts, conditions or events recorded therein, who have a business duty to be accurate and truthful in creating these records. The records are relied upon in the conduct of our business.

The enclosed _____ pages are copies of the original of such records, and no other documents relating to the records requested in this action can be found or are available, after due search.

5

I declare under penalty of perjury that I am a United States Citizen, over 18 years of age, and that the foregoing is true and correct.

\* \* \* \* \*

Executed, this _____ day of January, 2006, in Washington, D.C.

                                                                  _____
                                                                  Printed Name

                                                                  _____
                                                                  Signature

                                                                  _____
                                                                  Title

Sworn before me, this _____ day of January, 2006.

                                                                  _____
                                                                  Notary Public