UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Cr. No. 05 - 364 (EGS) |
| : | |
| KENNETH C. BAKER : | |
| : | |
| Defendant : | |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's Motion to Suppress Statements. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of January, 2006,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that the government is precluded from admitting evidence of any and all statements made by Mr. Baker to government agents. It is

FURTHER ORDERED that the government is precluded from admitting any evidence uncovered as a result of the aforementioned statement.

SO ORDERED

_____    _____
DATE                    EMMIT G. SULLIVAN
                        UNITED STATES DISTRICT JUDGE

cc: Assistant United States Attorney      James W. Beane, Jr., Esquire
    Lynn C. Holliday, Esquire             2715 M Street, N.W.
    555 Fourth Street, NW                 Suite 200
    Washington, DC 20530                  Washington, DC 20007