UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Cr. No. 05 - 364 (EGS) |
| | : | |
| KENNETH C. BAKER | : | |
| | : | |
| Defendant | : | |

KENNETH BAKER'S NOTICE OF FILING

     Defendant, Kenneth C. Baker, respectfully request that the attached letter be made a part of this record in this case:

Date: January 2, 2006

                                                                       Respectfully submitted,

                                                                      _____/s/_____
                                                                       James W. Beane, Jr.

                                                                       2715 M Street, N.W.
                                                                       Suite 200
                                                                       Washington, DC  20007
                                                                       202-333-5905

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing, has been served upon Assistant United States Attorney, Lynn C. Holliday, Esquire, via the Court's ECF system.

Respectfully submitted,

_____/s/_____
James W. Beane, Jr.