

# JAMES W. BEANE, JR.
*ATTORNEY AT LAW*

2715 M STREET, NW, SUITE 200
WASHINGTON, DC  20001
202-333-5905 Office • 202-333-5906 Facsimile
beane.law@verizon.net
www.beanelaw.com

January 2, 2006

Lynn C. Holliday, Esquire
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

                        RE:   *United States v. Kenneth C. Baker*,
                               Crim. No. 05-364 (EGS)

Dear Ms. Holliday:

      I write to let you know that I have been unable to locate the original letter written by Ms. Akhdar.  I have several copies of the letter, including the copies Mr. Sarchio provided.  I have asked that Mr. Baker continue to search his files for the originals of these documents.  Should either of us locate the original document we will immediately advise you of this, and deliver the original to you.

                                                        Sincerely,

                                                    _____/s/_____
                                                    James W. Beane, Jr.