UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :    Cr. No. 05 - 364 (EGS) |
| | : |
| KENNETH C. BAKER | : |
| | : |
| Defendant | : |

MOTION TO CONTINUE TRIAL

Kenneth C. Baker, by and through undersigned counsel, moves this Honorable Court for an order continuing the trial in this matter. In support of this motion, Mr. Baker states the following:

1. Mr. Baker is charged by indictment with, *inter alia,* bank fraud arising out of certain banking transactions involving Mr. Baker's official duties as a bank employee. A motions hearing is currently scheduled for January 10, 2006, and jury selection is scheduled to begin on January 18, 2006.

2. At the last hearing in this matter, at which Ms. Doris Medley provided a video taped deposition, the parties were contemplating setting the trial in this matter for a date in the future. Unfortunately, at that time Mr. Baker did not wish to waive his right to a speedy trial for a brief period of time. Since that time counsel and Mr. Baker have been unable to complete the investigation of Mr. Baker's case. Additional time and information are needed to adequately prepare for Mr. Baker's trial.

3. There are a number of witnesses counsel must interview as well as additional documents counsel needs to obtain. As the Court may recall there is an *ex parte* matter currently

pending for which counsel will be supplementing the record.

4.	Counsel has been engaged in a trial before Chief Judge Hogan for the past week and has been unable to complete the necessary work on Mr. Baker's case. Additionally, counsel is scheduled to appear in the United States Court of Appeals for the District of Columbia Circuit on Thursday January 12, 2006. Given the time needed to prepare for oral argument before the Circuit Court and the time needed to continue preparing the necessary pleadings and conduct the necessary investigation, defense counsel does not have sufficient time to adequately prepare Mr. Baker's defense.

5.	Counsel has not had the opportunity to contact government counsel to ascertain the government's position on this request.

Accordingly, for the foregoing reasons counsel requests that this Court continue Mr. Baker's trial.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  James W. Beane, Jr.

                                                  2715 M Street, N.W.
                                                  Suite 200
                                                  Washington, DC  20007
                                                  202-333-5905

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Trial, has been served upon Assistant United States Attorney, Lynn C. Holliday, Esquire, via the Court's ECF system.

Respectfully submitted,

_____/s/_____
James W. Beane, Jr.