UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Cr. No. 05 - 364 (EGS) |
| : | |
| KENNETH C. BAKER : | |
| : | |
| Defendant : | |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's Motion to Continue Trial. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of January, 2006,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that the trial in this matter shall begin on the ___ day of _____, 2006.

SO ORDERED.

_____      _____
DATE                                      EMMIT G. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE


cc:  Assistant United States Attorney         James W. Beane, Jr., Esquire
     Lynn C. Holliday, Esquire                2715 M Street, N.W.
     555 Fourth Street, NW                    Suite 200
     Washington, DC 20530                     Washington, DC 20007