UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-364 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **KENNETH C. BAKER, JR.** | : | |
| | : | |

**ORDER**

This matter is before the Court on Defendant Kenneth C. Baker's Motion to Continue Trial.  Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this  11 day of January, 2006,

ORDERED that Mr. Baker's motion is granted; and it is

FURTHER ORDERED that the motions hearing in this matter shall be on the 16th day of February at 10:00 AM; and it is

FURTHER ORDERED that the trial in this matter shall begin on the 17th day of February, 2005.

SO ORDERED.


**Signed:**   **Emmet G. Sullivan**
             **United States District Judge**
             **January 11, 2006**