UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Cr. No. 05 - 364 (EGS) |
| : | |
| KENNETH C. BAKER : | |
| : | |
| Defendant : | |

### KENNETH BAKER'S NOTICE OF ADDRESS CORRECTION

    Defendant, Kenneth C. Baker, respectfully requests that the address currently associated with defense counsel in this case be corrected. The correct address as reflected in the Court's ECF System is:

    James W, Beane, Jr.
    2715 M Street, NW
    Suite 200
    Washington, DC 20007
    (202) 333-5905  office
    (202) 333-5906  fax

Date: January 18, 2006

                                                            Respectfully submitted,

                                                            _____  /s/_____
                                                            James W. Beane, Jr.

                                                            2715 M Street, N.W.

                                                           Suite 200

                                                           Washington, DC  20007

                                                          202-333-5905