UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA              :
                                      :
                                      :
              v.                      :
                                      :   Criminal No.: 05 cr 364 (EGS)
KENNETH C. BAKER                      :
                                      :
          Defendant                   :


NOTICE OF FILING


    Mr. Kenneth C. Baker request that the Clerk of the Court make the attached

Proposed Statement of the Case and Proposed Additions to the Court's *voir dire*, as well

as the letter to government counsel part of the record in the this matter.


                                   Respectfully submitted,



                                   _____/s/_____
                                   James W. Beane, Jr.

                                   2715 M Street, N.W.
                                   Suite 200
                                   Washington, DC  20007
                                   202-333-5905