

# JAMES W. BEANE, JR.
*ATTORNEY AT LAW*

2715 M STREET, NW, SUITE 200
WASHINGTON, DC 20007
202-333-5905 Office • 202-333-5906 Facsimile
beane.law@verizon.net
www.beanelaw.com

January 18, 2006

Lynn C. Holiday, Esquire
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

Re: US. v. Baker 05cr364 (EGS)

Ms. Holiday,

Attached please find a copy of Mr. Baker's proposed additions to the Court's *voir dire*. At this stage in the proceedings we do not have any proposed jury instructions, however we reserve the right to add appropriate instructions at the conclusion of the presentation of evidence.

We do object to your proposed special instruction, as it is an unbalanced instruction. The instruction as written, simply addresses a concern the government has about a potential question a juror may have. Presumably that the jury may question the reason Ms. Akhdar is not being tried at the same time that Mr. Baker is being tried. Your proposed instruction has the appearance of relieving the government of a burden it does not have, while failing to address the potential question the jurors may have. (i.e. why would the government allow Ms. Akhar to plea and not Mr. Baker?) If I understand your concern than this concern may be addressed in a more balanced approach by simply instructing the jury that they should not be concerned with why Ms. Akhdar is not being tried

with Mr. Baker.  This simple instruction seems to accomplish the goal of your question in a far more balanced manner.  If I have misunderstood the reason for your request of a special instruction regarding Ms. Ahkdar please so advise.

As to your proposed money laundering instruction, I ask that you add the following immediately after the first sentence of the second paragraph:  "Each element must be proved beyond a reasonable doubt."

I look forward to your response.

Sincerely,

James W. Beane, Jr.