UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No.: 05 cr 364 (EGS) |
| : | |
| KENNETH C. BAKER : | |
| : | |
| Defendant : | |

DEFENDANT KENNETH BAKER'S
PROPOSED STATEMENT OF THE CASE AND PROPOSED
ADDITIONS TO THE COURT'S PROPOSED VOIR DIRE

Defendant, Kenneth C. Baker, by and through undersigned counsel, pursuant to the Sixth Amendment to the United States Constitution respectfully submits the following Statement of the Case as well as the following additions to the Court's *voir dire*.

STATEMENT OF THE CASE

Mr. Baker, while employed with Sun Trust Bank, assisted a bank customer Ms. Doris Medley in opening a new account. Based on instructions from Ruqiya Akhdar, Mr. Baker also assisted Ms. Akhdar in opening an account in her name using a check drawn on Ms. Medley's account. After withdrawing over $36,000 from her new account Ms. Ahkdar instructed Mr. Baker to return the money remaining in her account to Ms. Medley's account. The government maintains that Mr. Baker was working with Ms. Ahkdar in an attempt to defraud Ms. Medley of her money. Mr. Baker maintains that he was simply performing his duties as a bank employee. The government has indicted Mr.

Baker for Bank Fraud, Money Laundering, Interstate Transportation of Stolen Property and First Degree Fraud.

Proposed Additions to the Court's <i>Voir Dire</i>

Counsel requests that the Court place the following questions immediately after the Court's question 7.

* This case involves, among other things, a series of banking transactions, have any of you, your family members or close personal friends ever worked in the banking industry or a banking regulatory agency.

* This case involves banking transactions that occurred at various Sun Trust Banks throughout the Washington Metropolitan area. Have any of you, your family members or close personal friends ever been employed by Sun Trust Bank or worked at Sun Trust Bank in any capacity?

* Have any of you, your family members or close personal friends maintained an account or accounts with Sun Trust Bank in the last five years?

* Have any of you, your family members or close personal friends been the victim of identity theft, credit card fraud, bank fraud or had checks stolen?

Counsel also requests that the Court modify its question 10 by removing the last clause of the question; ". . . which would make it difficult for you to be a fair and impartial juror in this case?"

Additionally, counsel requests that the Court add the following questions immediately after its question 23.

*   Mr. Baker is an African-American male?  Do any of you believe that African-American men are more likely to be involved in criminal activity then men of other ethnic groups?

*   Do any of you believe that you will find it difficult to presume Mr. Baker innocent merely because he is African-American?

Accordingly, based on the government's allegations and the facts adduced thus far, Mr. Baker respectfully requests that the Court make the above additions and modifications to its standard *voir dire*.

Respectfully submitted,

_____/s/_____
James W. Beane, Jr.

2715 M Street, N.W.
Suite 200
Washington, DC  20007
202-333-5905

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Proposed Voir Dire, has been served upon Assistant United States Attorney, Lynn C. Holiday, Esquire, via the Court's ECF system, on this 18th day of January 2006.

Respectfully submitted,

_____/s/_____
James W. Beane, Jr.