```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :    CRIMINAL NO.  05-364 (EGS)
                              :
         v.                   :
                              :
KENNETH BAKER                 :
                              :
         Defendant.
```

NOTICE OF ADDITIONAL ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that, in addition to counsel of record (Assistant U.S. Attorney Lynn Holliday) the above captioned matter is also assigned to Assistant U.S. Attorney Barbara E. Kittay, Bar Number 414216, telephone number (202) 514-6940 and this is notice of her appearance in this matter on behalf of the United States.

```
                         Respectfully submitted,

                         KENNETH L. WAINSTEIN
                         United States Attorney
                         D.C. Bar Number 451058


                         _____
                         Barbara E. Kittay
                         ASSISTANT UNITED STATES ATTORNEY
                         D.C. Bar No. 414216
                         555 4th Street, N.W., Room 4846
                         Washington, DC 20530
                         (202) 514-6940
                         Barbara.Kittay@usdoj.gov
```