UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-364 (EGS) |
| v. | : | |
| **KENNETH BAKER,** | : | |
| Defendant | : | |

**GOVERNMENT'S SUBMISSION OF PROPOSED JURY INSTRUCTIONS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, after communication with the defendant through his counsel, respectfully submits that the following numbered instructions from Criminal Jury Instructions for the District of Columbia, (4th ed. 2002, and 2004 Supp.) ("Redbook"), and the attached additional instructions, have been discussed and agreed to (except as noted) to be given at the conclusion of the trial in this case:

General Instructions

| | |
|---|---|
| 2.01 | Function of the Court |
| 2.02 | Function of the Jury |
| 2.03 | Jury's Recollection Controls |
| 2.04 | Evidence in Case [testimony, exhibits, stipulations] |
| 2.06 | Indictment Not Evidence |
| 1.07 | Questions Not Evidence |
| 2.05 | Statements and Arguments of Counsel Not Evidence |
| 2.07 | Inadmissible and Stricken Evidence |
| 2.08 | Burden of Proof - Presumption of Innocence |
| 2.09 | Reasonable Doubt |

-2-

## Evaluation of Testimony and Other Evidence

| | |
|---|---|
| 2.10 | Direct and Circumstantial Evidence |
| 2.11 | Credibility of Witnesses |
| 2.13 | Number of Witnesses |
| | Special Instruction (attached) |
| 2.26 | Police Officer's Testimony |
| 2.48 | Statements of the Defendant – Substantive Evidence |
| 2.49 | Defendant's Statements – Corroboration |
| 2.29 | False or Inconsistent Statement by Defendant |
| 2.28 | Defendant as Witness |

## Definitions, Proof, Offenses, Defenses

| | |
|---|---|
| 3.07 | On or about |
| 3.02 | Proof of State of Mind |
| | Bank Fraud |
| | Money Laundering (attached) |
| | ITSP |
| 4.41 | Fraud (D.C. Code) |
| 4.02 | Aiding and Abetting |
| 3.05 | Proof of Value |
| | Defense Theory of the Case (To be submitted) |

## Closing Remarks

| | |
|---|---|
| 2.71 | Election of Foreperson |
| 2.72 | Unanimity of Verdict |
| 2.73 | Exhibits During Deliberations |

-3-

| | |
|---|---|
| 2.74 | Possible Punishment Not Relevant |
| 2.75 | Communications Between Court and Jury |
| 2.76 | Furnishing the Jury With the Instructions |

\* \* \* \* \*

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451258

_____

LYNN C. HOLLIDAY
D.C. Bar Number 415954
BARBARA E. KITTAY
D.C. Bar Number 414216
Assistant U.S. Attorneys
555 Fourth Street, NW
Washington, D.C.  20530
(202) 616-9550 / (202) 514-6940
Lynn.holliday@usdoj.gov
Barbara.kittay@usdoj.gov

**<u>Special Instruction</u> (submitted by the government only)**

The defendant appears before you in this trial as the only defendant, but you have heard testimony from and about Ruqiya Akhbar, who was also charged with offenses relating to these events. It is not required that defendants involved in the same events be charged in the same indictment or that they be brought to trial together.

-5-

## Special Instruction

**Money Laundering**

**18 U.S.C. § 1956(a)(1)(B)(i)**

Counts 2 and 3 of the indictment charge the defendant with a violation of Title 18, U.S.C., § 1956(a)(1)(B)(i). This statute prohibits in pertinent part, the following activity:

> (a)(1) Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity--
>
> > (B) knowing that the transaction is designed in whole or in part --
> >
> > > (i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity is guilty of an offense against the United States.

There are four elements to Counts 2 and 3 of this indictment, each of which the government must prove beyond a reasonable doubt:

FIRST, the defendant must knowingly conduct or attempt to conduct a financial transaction;

SECOND, the defendant must know that the property involved in the financial transaction represents the proceeds of some form of unlawful activity, in this case, bank fraud;

-6-

THIRD, the property involved in the financial transaction must, in fact, involve the proceeds of specified unlawful activity; and

FOURTH, the defendant must engage in the financial transaction knowing that the transaction is designed, in whole or in part, to conceal or disguise the nature, the ownership, or the control of the proceeds of specified unlawful activity.

-7-

**Special Instruction (submitted by the government only)**

**Instruction 2.41 (modified)**

**Missing Evidence**

If evidence material to an issue in this case was peculiarly within the power of one party to produce, was not produced by that party, and its absence has not been sufficiently accounted for or explained, then you may, if you deem it appropriate, infer that the evidence would have been unfavorable to the party which failed to produce it.  However, you should not draw such an inference from evidence which was equally available to both parties or which would have been merely cumulative or immaterial.