UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05 - 364 (EGS) |
| | : | |
| KENNETH C. BAKER, JR. | : | |
| | : | |
| Defendant | : | |

MOTION TO CONTINUE TRIAL

COMES NOW Defendant, by and through counsel, and requests that this Court continue the trial currently scheduled for March 21st, 2006. In support of this motion counsel states the following.

1. Counsel was scheduled to begin a trial before Judge Dixon in Superior Court on Monday March 13, 2006. The trial in Superior Court was initially scheduled to end prior to the trial in this matter. However, the trial did not begin as scheduled. The defendant in the case before Judge Dixon has raised several issues that have required the Court hold additional motions hearings prior to trial. Consequently, the parties have yet to begin jury selection.

2. Judge Dixon has in fact scheduled a hearing for the morning of March 15, to determine if the trial will proceed. Counsel believes the trial will go forward, and begin two to three days later than scheduled. Because of the delay in beginning the trial in Superior Court counsel will be unavailable to begin the trial in Mr. Baker's trial.

Accordingly, for the reasons stated above counsel request a continuance of the trial date in this matter.

Respectfully submitted,

       _____/s/_____
James W. Beane, Jr.
Bar No. 444920

2715 M Street, NW
Suite 200
Washington, DC  20007
202-333-5905

CERTIFICATE OF SERVICE

    I do hereby certify that a copy of this motion was delivered to Assistant United States Attorney Barbara E. Kattay, Esquire, via the ECF system on this 14th day of March, 2006.

                                                 /s/
                                     James W. Beane, Jr.