UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05 - 364 (EGS) |
| | : | |
| KENNETH C. BAKER, JR. | : | |
| | : | |
| Defendant | : | |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's motion to continue the trial currently scheduled to begin March 21, 2006. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of March, 2006,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that Mr. Baker shall appear on the ___ day of _____, 2006, for a further status in this matter.

SO ORDERED

_____                _____
DATE                                                     EMMET G. SULLIVAN
                                                              UNITED STATES DISTRICT COURT JUDGE


cc: AUSA, Barbara E. Kattay, Esquire        James W. Beane, Jr., Esquire
    United States Attorney's Office                2715 M Street, N.W.
    555 4th Street, NW                                 Suite 200
    Washington, DC 20530                          Washington, DC  20007