UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**  :   Criminal No. 05-364 (EGS)
                              :
         **v.**               :
                              :
**KENNETH BAKER**             :
                              :
         **Defendant.**       :
                              :

### GOVERNMENT'S RESPONSE IN OPPOSITION TO
### DEFENDANT'S MOTION TO CONTINUE TRIAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds in opposition to the defendant's motion to continue trial, and states as follows:

1. Trial in this matter is set to commence with a motions hearing, on March 21, 2006. This is a date that was set after continuances in January and again in February, 2006. The government has been prepared to proceed at every scheduled trial date.

2. *After* the current trial date was set in this case, defense counsel appeared in Superior Court and represented that his schedule permitted him to commence a different trial in Superior Court, one week before the trial in this matter.

3. Two weeks ago, having been made aware of defense counsel's schedule, the undersigned prosecutor inquired of him personally whether he anticipated that he would be ready to proceed to trial before this Court, as scheduled. He indicated that he would be ready.

2

4. Defense counsel now says that he will be engaged in the Superior Court matter; however, that is by no means certain. On March 14, 2006, the defendant in that matter requested permission to proceed *pro se*. Although defense counsel has not been released, it is believed that the issue of representation and the status of the trial are still pending.

5. In addition, this Court brought to counsel's attention yesterday, the defendant's *ex parte* request for new counsel, scheduled to be addressed by this Court on Thursday, March 16, 2006, at 11:30 a.m. It is the government's position that this is an attempt to avoid proceeding to trial, as scheduled, and thereby to inconvenience and harass the government's witnesses.

6. In this case, the defendant is charged with manipulating an 87-year old victim into signing several checks in blank. The government has the transcript in which the defendant has admitted under oath that he then wrote the checks, some to a friend of his, including one check in the amount of $96,000. The government will demonstrate that the defendant then manipulated the friend into opening a checking account; he manipulated his co-workers into cashing the checks; and he tried to manipulate bank regulators into believing that the transfers were authorized. The defendant is now trying to manipulate the Court into believing he has a valid reason to delay his trial.

3

7. The government is perfectly willing to absent itself at the hearing, so that the defendant can articulate his defense to the Court, and why his current counsel is unable to pursue it. The government believes in good faith, that the defendant has no other defense than to put the government to its burden of proof -- *which is his absolute right and which the government is completely prepared to answer.* But if this is indeed the defendant's plan, we ask that the Court determine why current counsel is not as able or as prepared as any other counsel the Court might now appoint -- particularly where the defendant and this counsel represented to the Court that they were ready to proceed in January, in February, and now in March, and this request is made on the eve of trial.

8. Finally, we note again that the victim in this case is now 88 years old, and is also entitled to a just resolution of this case, as are at least a dozen government witnesses.

WHEREFORE, the government requests that the defendant's request for a continuance be DENIED.

 Respectfully Submitted,

 KENNETH L. WAINSTEIN
 UNITED STATES ATTORNEY
 D.C. Bar Number 451058

By:            /s/
 _____
 BARBARA E. KITTAY
 D.C. Bar Number 414216
 555 Fourth Street, N.W., Rm. 4846
 Washington, D.C.  20530
 Tel. (202) 514-6940
 Barbara.kittay@usdoj.gov