UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No.: 05 - 364 (EGS) |
| : | |
| KENNETH C. BAKER, JR. : | |
| : | |
| Defendant  : | |

REPLY TO GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO CONTINUE

    COMES NOW Defendant, by and through counsel, and replies to the government's opposition to Defendant's motion to continue the trial date in the above captioned matter.

    1.    Counsel filed the subject motion to continue the trial date in this matter out of an abundance of caution believing that out of fairness to all involved early and appropriate notice was the best approach.

    2.    As stated in the subject motion, counsel believed that the trial in Superior Court would have concluded before the Baker case was due to begin.  This estimate was based on the nature of the charges and the dearth of evidence against the defendant.  Counsel could not however, predict the actions of the defendant that led to the three-day delay in beginning the trial.  Further, counsel did not appear before the Court in Superior Court and schedule the trial date.  The date was set while counsel was in trial before Judge Richard Roberts with counsel's acquiescence and based on counsel's belief that the trial would conclude as predicted.

    3.    This morning, March 15, 2006, the Superior Court matter was continued, thus counsel will be prepared to proceed to trial on March 21st, 2006.[1]

---

[1] Based on the Court's disclosure of Mr. Baker's, *ex parte*, request for new counsel, undersigned

Accordingly, for the reasons stated above counsel withdraws his request for a continuance of the trial date in this matter.

Respectfully submitted,

_____/s/_____
James W. Beane, Jr.
Bar No. 444920

2715 M Street, NW
Suite 200
Washington, DC  20007
202-333-5905

---

counsel has ceased trial preparation until the outcome of the status hearing scheduled for tomorrow, March 16, 2006.  This brief halt in the trial preparation should not delay the trial date of March 21, 2006, should the Court conclude that a continuance is not justified.

CERTIFICATE OF SERVICE

I do hereby certify that a copy of this motion was delivered to Assistant United States Attorney Barbara E. Kattay, Esquire, via the ECF system on this 15th day of March, 2006.

/s/
James W. Beane, Jr.