UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Cr. No. 05 - 364 (EGS) |
| : | |
| KENNETH C. BAKER : | |
| : | |
| Defendant : | |

## ORDER

This matter is before the Court on Defendant Kenneth C. Baker's Motion to Preclude the Testimony of Ms. Doris Medley. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of March, 2006,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that the government shall be precluded for introducing the testimony of Ms. Doris Medley at the trial in the above styled matter.

SO ORDERED.


_____                                    _____
DATE                                                                     EMMIT G. SULLIVAN
                                                                                  UNITED STATES DISTRICT JUDGE


cc: Assistant United States Attorney     James W. Beane, Jr., Esquire
    Barbara E. Kittay, Esquire                   2715 M Street, N.W.
    555 Fourth Street, NW                         Suite 200
    Washington, DC 20530                      Washington, DC 20007