Case 1:05-cr-00364-RMU   Document 59   Filed 07/28/2006   Page 1 of 1

Use the Tab key to move from field to field on this form.
Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 05- 364 (EGS) |
| vs. | ) | Criminal No. ~~04-CR-093 (RJL)~~ |
| | ) | |
| KENNETH C. BAKER, JR. | ) | |
| | ) | |

## NOTICE OF APPEAL

Name and address of appellant:   Kenneth C. Baker, Jr.
　　　　　　　　　　　　　　　　　Central Treatment Facility
　　　　　　　　　　　　　　　　　1901 D Street, SW
　　　　　　　　　　　　　　　　　Washington, DC 20001

Name and address of appellant's attorney:   James W. Beane, Jr.
　　　　　　　　　　　　　　　　　　　　　　2715 M Street, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20007

Offense: Bank Fraud, Money Laundering and Scheme to Defraud

Concise statement of judgment or order, giving date, and any sentence:
Judgement Sentence imposed and plea.

Name and institution where now confined, if not on bail:   District of Columbia
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Central Treatment Facility

　　　I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| | |
|---|---|
| July 28 2006 | Kenneth C. Baker, Jr. |
| DATE | APPELLANT |
| | James W. Beane, Jr.   /s/   _[signature]_ |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE　☐
CJA, NO FEE　☒
PAID USDC FEE　☐
PAID USCA FEE　☐

Does counsel wish to appear on appeal?　　　　　　　　　　　YES ☒　　NO ☐
Has counsel ordered transcripts?　　　　　　　　　　　　　　YES ☒　　NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?　　YES ☒　　NO ☐