# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-3115                                     September Term, 2006

UNITED STATES OF AMERICA,
    APPELLEE

v.

KENNETH C. BAKER, JR., *A/K/A* KENNETH C. BAKER,
    APPELLANT

*Remand*

Appeal from the United States District Court
for the District of Columbia
(No. 05cr00364-01)

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 5 2007

CLERK

FILED JUL -3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Before: SENTELLE and BROWN, *Circuit Judges*, and SILBERMAN, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby vacated and the case is remanded, in accordance with the opinion of the court filed herein this date.

Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 7/2/07
BY:
ATTACHED: ___ Amending Order
             ___ Opinion
             ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk

Date: June 5, 2007

Opinion for the court filed by Circuit Judge Brown.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk