**FILED**
JUL 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-364 (RMU) |
| | : | |
| KENNETH C. BAKER, JR., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

It is this 9th day of July 2007,

**ORDERED** that an initial status hearing in the above-captioned case shall take place on Tuesday August 14, 2007 at 11:30 am.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge