UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Cr. No. 05 - 364 (RMU) |
| | : |
| KENNETH C. BAKER | : |
| | : |
| Defendant | : |

MOTION TO CONTINUE STATUS HEARING OR IN THE ALTERNATIVE
PERMIT COUNSEL TO APPEAR VIA TELEPHONE

    Kenneth C. Baker, by and through undersigned counsel, moves this Honorable Court for an order continuing the Status Hearing currently scheduled for August 14, 2007 or in the alternative to permit counsel to appear via telephone.  In support of this motion, counsel states the following:

    1.    Mr. Baker is charged by indictment with, *inter alia,* bank fraud arising out of certain banking transactions involving Mr. Baker's official duties as a bank employee.  Mr. Baker pled guilt to the indictment on July 18, 2006.  Shortly thereafter Mr. Baler noticed his appeal and his guilty plea was vacated and this case has now been assigned to this Court.   On July 7, 2007, this Court entered an order scheduling the subject status hearing for tomorrow August 14, 2007.

    2.    Counsel is in the process of moving to New Orleans, Louisiana.  When counsel and his family departed the Washington DC Area counsel believed he would be able to return in time for the subject hearing.  Unfortunately, due to a number of unforeseeable circumstances counsel is not able to get back to the D.C. area in time for the hearing.  The moving company responsible for moving counsel's belongings did not arrive as scheduled and counsel was not able

to make his scheduled airline flight.  Further the files necessary for this hearing were contained within the items that were late in arriving.

4.	It is likely that the parties will be asking for a date in the near future so that Mr. Baker can accept the government plea offer.  The government has offered Mr. Baker a plea in this case, however, because Mr. Baker is in transit within the bureau of prisons counsel has been unable to review the government's offer with him.  Although Mr. Baker has been informed of the potential sentence should he accept the government's offer.

5.	Bureau of Prison's website indicates that Mr. Baker is in transit and telephone calls to the D.C. Jail and CTF have proven un-fruitful.  Neither the jail or CTF was able to confirm Mr. Baker's status.  Thus, counsel does not know whether Mr. Baker will be able to attend tomorrows hearing

6.	Counsel would prefer continuing this matter to a Friday subsequent to August 20, 2007 when he is now scheduled to return to the Washington DC area, however given the lateness of this request counsel requests that he be permitted to attend via telephone.

7.	Counsel has not contacted government counsel today, but will do so upon the filing of this motion.

Accordingly, for the foregoing reasons counsel requests that this Court continue the subject status hearing.

Respectfully submitted,

_____/s/_____

James W. Beane, Jr.

2715 M Street, N.W.
Suite 200
Washington, DC  20007
202-333-5905

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Trial, has been served upon Assistant United States Attorney, Barbara E. Kittay, Esquire, via the Court's ECF system on this 13th day of August, 2007.

                                          Respectfully submitted,

                                          _____/s/_____
                                          James W. Beane, Jr.