UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :  Cr. No. 05 - 364 (RMU) |
| | : |
| KENNETH C. BAKER | : |
| | : |
| Defendant | : |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's Motion to continue the Status Hearing in this matter. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of August, 2007,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that a Status Hearing in this matter shall be held on the _____ day of _____, 2007.

SO ORDERED

_____                    _____
DATE                                 RICARDO M. URBINA
                                     UNITED STATES DISTRICT JUDGE


cc:  Assistant United States Attorney        James W. Beane, Jr., Esquire
     Barbara E. Kittay, Esquire              2715 M Street, N.W.
     555 Fourth Street, NW                   Suite 200
     Washington, DC 20530                    Washington, DC  20007