UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 05-364 (RMU) |
| : | |
| v. : | |
| : | |
| **KENNETH BAKER** : | |
| : | |
| Defendant. : | |
| : | |

## GOVERNMENT'S RESPONSE IN OPPOSITION TO
## DEFENDANT'S MOTION TO CONTINUE STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds in opposition to the defendant's motion to continue the status hearing scheduled for tomorrow, August 14, 2007, and states as follows:

1. The status hearing scheduled for August 14, 2007, is the defendant's first appearance since the case was remanded by the United States Court of Appeals for the District of Columbia Circuit, back to the United States District Court.  Numerous matters have been addressed in preparation for this hearing, including a judicial re-assignment and arrangements for the defendant's transfer of custody from the Bureau of Prisons and transportation back to the District of Columbia.

2. The government is concerned that the matters set forth in paragraph (1), above, have taken time to address, notwithstanding the defendant's rights under the Speedy Trial Act (18 U.S.C. §3161, hereafter "STA"), and that the defendant's intentions under the STA

2

must be addressed by the defendant, his counsel, and the Court, without further delay.  Absent an STA waiver by the defendant or specific findings by the Court under §3161(h)(8)(A), it is possible that the defendant is entitled to a trial as early as September 11, 2007.

    3.  In addition, defense counsel's motion makes clear that he has re-located to a very distant jurisdiction, leaving open the issue of whether he intends to continue to represent the defendant. Moreover, even if counsel will continue to represent the defendant, counsel for the government is aware that defense counsel is engaged in a lengthy trial before Judge Richard W. Roberts that likely will continue well into the month of September.  Again, this raises issues relating to counsel's availability and to the STA, all of which should be addressed sooner, rather than later.

    4.  Defense counsel has offered to participate in the August 14 status hearing by telephone.  It is the government's preference that the status hearing proceed, even if under these limited circumstances, so that the defendant's and his counsel's availability and intentions can be ascertained, if possible.

    5.  The government asserts that over the past several weeks and months, it has made numerous unsuccessful attempts to contact defense counsel, by telephone, in writing, and by electronic mail. The government also asserts that it has been duly diligent in its

3

efforts to return the defendant to the District of Columbia for proceedings consistent with the Order of the Court of Appeals.

WHEREFORE, the government requests that the defendant's request for a continuance be DENIED, and that the status hearing proceed with defense counsel's participation by telephone.

```
                          Respectfully Submitted,

                          JEFFREY A. TAYLOR
                          UNITED STATES ATTORNEY
                          D.C. Bar Number 498610

            By:                /s/
                          _____
                          BARBARA E. KITTAY
                          D.C. Bar Number 414216
                          555 Fourth Street, N.W., Rm. 4846
                          Washington, D.C.  20530
                          Tel. (202) 514-6940
                          Barbara.kittay@usdoj.gov
```