UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Cr. No. 05 - 364 (RMU) |
| | : | |
| KENNETH C. BAKER | : | |
| | : | |
| Defendant | : | |

REPLY TO GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO CONTINUE STATUS HEARING

    Kenneth C. Baker, by and through undersigned counsel, to the government's opposition to Mr. Baker's motion to continue the subject status.

    1.    Counsel responds to this motion primarily to correct false statements made by government counsel and to make clear that undersigned counsel has already explained his current intentions regarding moving out the jurisdiction and to continuing to represent Mr. Baker.

    2.    Government counsel has stated that she has made numerous unsuccessful attempts to contact undersigned counsel via, telephone, writing and electronic mail.  Government counsel has made attempts to contact undersigned counsel, however undersigned counsel has responded to government counsel.

    3.    Undersigned counsel contacted government counsel upon receipt of the Court of Appeals notice regarding its decision to vacate Mr. Baker conviction.  Counsel wanted to expedite Mr. Baker's return by submitting a motion indicating that the government did not oppose the Court of Appeal's issuance of its mandate as opposed to waiting the 10 days the Court will wait before issuing the mandate.  Government counsel indicated that she had no

objection.

4. Undersigned counsel again contacted government counsel regarding the plea agreement in this case. Government counsel should recall this correspondence as she threatened that should Mr. Baker exercise his rights and move for release pending trial or plea in this matter than she would penalize him by revoking the plea offer.

5. Government counsel also had a number of correspondence with government counsel regarding to Mr. Baker's counter offer to plea. Additionally, government counsel faxed a copy of the plea agreement to undersigned counsel who indicated that he would contact government counsel when I could to let her know Mr. Baker's decision.

6. Finally, attached find a copy of the emails sent to government counsel today related to the subject motion as we as counsel position related to his continued representation of Mr. Baker. These emails were exchanged prior to government counsel's submission of her opposition to the subject motion.

7. As indicated above counsel filed this Reply only to correct government counsel's false statement and to demonstrate that counsel has informed government counsel of his position regarding his continued representation of Mr. Baker. Government counsel claims in her pleading that a number of steps have been taken to facilitate this Status Hearing such as judicial re-assignment and the Bureau of Prison's transport of Mr. Baker. Clearly each of these matters were done prior to the subject hearing and are in no way effect the date on which this hearing should take place.

8. As clearly stated in the subject motion counsel has no objection to appearing via telephone. Counsel simply stated that his preference is to reschedule the status hearing.

Accordingly, for the foregoing reasons counsel requests that this Court continue the subject status hearing.

Respectfully submitted,

_____/s/_____
James W. Beane, Jr.

2715 M Street, N.W.
Suite 200
Washington, DC  20007
202-333-5905

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Trial, has been served upon Assistant United States Attorney, Barbara E. Kittay, Esquire, via the Court's ECF system on this 13th day of August, 2007.

                                            Respectfully submitted,

                                        _____/s/_____
                                        James W. Beane, Jr.