|       |                                               |
|------:|-----------------------------------------------|
| From: | James Beane <beane.law@verizon.net>           |
| Subject: | **Motion to Continue Baker Hearing**       |
| Date: | August 13, 2007 2:06:48 PM EDT                |
| To:   | barbara.kittay@usdoj.gov                      |

📎 2 Attachments, 99.7 KB   Save ▾

Dear Ms. Kittay,

I was not able to make my flight out of New Orleans this morning and am moving to continue the hearing or be permitted to appear via telephone. I'm doing this on my laptop from the airport so forgive any grammatical or spelling errors.

James W. Beane, Jr.
Attorney at Law
2715 M Street, N.W.
**Suite 200**
Washington, D.C. 20001
(202) 333-5905 (tel)
**(202) 333-5906** (fax)
e-mail: beane.law@verizon.net
www.beanelaw.com

This e-mail communication is from a law office and is for the use of the intended recipient only. This e-mail communication may contain information that is privileged and confidential and/or attorney work product. If you are not the intended recipient, any use, disclosure, or copying of this communication is prohibited. If you received this e-mail communication in error, please do not read it; notify the sender by reply e-mail; and delete this e-mail.


Baker Motio….pdf (63.9 KB)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | : |                        |
|---------------------------|---|------------------------|
|                           | : |                        |
| v.                        | : |                        |
|                           | : | Cr. No. 05 - 364 (RMU) |
|                           | : |                        |
| KENNETH C. BAKER          | : |                        |
|                           | : |                        |
| Defendant                 | : |                        |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's Motion to

continue the Status Hearing in this matter.  Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of August, 2007,

    ORDERED that Mr. Baker's motion is granted.  It is

    FURTHER ORDERED that a Status Hearing in this matter shall be held on the _____ day of _____, 2007.

    SO ORDERED

_____      _____
DATE                                RICARDO M. URBINA
                                        UNITED STATES DISTRICT JUDGE

cc:  Assistant United States Attorney    James W. Beane, Jr., Esquire
     Barbara E. Kittay, Esquire             2715 M Street, N.W.
     555 Fourth Street, NW                Suite 200
     Washington, DC 20530                Washington, DC  20007