| | |
|---|---|
| **From:** | James Beane <beane.law@verizon.net> |
| **Subject:** | **Re: Motion to Continue Baker Hearing** |
| **Date:** | August 13, 2007 2:20:40 PM EDT |
| **To:** | "Kittay, Barbara \(USADC\)" <Barbara.Kittay@usdoj.gov> |

I'll be back on the 21st to continue the trial in front of Judge Roberts so he won't need new counsel. I'm pretty sure he will take the plea as we've already discussed it - I just want to make sure he I can go over the plea offer in person. My preference is always to be there in person, but I understand the speedy trial issue.

If he takes the plea as I think he will we may be able to convert whatever status date the Court sets to a rule 11 hearing once I've reviewed things with Mr. Baker. But I am available via telephone tomorrow.

If he doesn't take the plea than he will need new counsel but, again I think he will take the plea.

Also I talked to chambers to make sure they got the motion and the law clerk indicated that he had received it.


On Aug 13, 2007, at 2:11 PM, Kittay, Barbara ((USADC)) wrote:

> Don't you think the "by phone" option is better? Mr. Baker may have to waive Speedy Trial, and, more importantly, what will be your situation if he doesn't take the plea? Are you coming back to represent him or does he need new counsel?
>
> **From:** James Beane [mailto:beane.law@verizon.net]
> **Sent:** Monday, August 13, 2007 2:07 PM
> **To:** Kittay, Barbara (USADC)
> **Subject:** Motion to Continue Baker Hearing
>
> Dear Ms. Kittay,
>
> I was not able to make my flight out of New Orleans this morning and am moving to continue the hearing or be permitted to appear via telephone. I'm doing this on my laptop from the airport so forgive any grammatical or spelling errors.
>
> James W. Beane, Jr.
> Attorney at Law
> 2715 M Street, N.W.
> Suite 200
> Washington, D.C. 20001
> (202) 333-5905 (tel)
> (202) 333-5906 (fax)
> e-mail: beane.law@verizon.net
> www.beanelaw.com
>
> This e-mail communication is from a law office and is for the use of the intended recipient only. This e-mail communication may contain information that is privileged and confidential and/or attorney work product. If you are not the intended recipient, any use, disclosure, or copying of this communication is prohibited. If you received this e-mail communication in error, please do not read it; notify the sender by reply e-mail; and delete this e-mail.

James W. Beane, Jr.
Attorney at Law
2715 M Street, N.W.
Suite 200
Washington, D.C. 20001
(202) 333-5905 (tel)
(202) 333-5906 (fax)
e-mail: beane.law@verizon.net
www.beanelaw.com

This e-mail communication is from a law office and is for the use of the intended recipient only.  This e-mail communication may contain information that is privileged and confidential and/or attorney work product.  If you are not the intended recipient, any use, disclosure, or copying of this communication is prohibited.  If you received this e-mail communication in error, please do not read it; notify the sender by reply e-mail; and delete this e-mail.

Case 1:05-cr-00364-RMU     Document 70-3     Filed 08/13/2007     Page 2 of 2