UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0364 (RMU) |
| : | |
| KENNETH C. BAKER, JR., : | |
| : | |
| Defendant. : | |

**ORDER**

FILED
AUG 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 13th day of August 2007,

**ORDERED** that the defendant's motion to continue the status hearing on August 14, 2007 is **DENIED**; and it is

**FURTHER ORDERED** that counsel for the defendant be permitted to appear telephonically.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge