UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05364 (RMU)
:
Kenneth Baker, :
:
Defendant. : **FILED**

**ORDER** AUG 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 14 day of August 2007,

**ORDERED** that a Status hearing in the above-captioned case shall take place on Sept 10, 2007 at 12:30.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge