UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                             )<br>)<br>KENNETH C. BAKER                  )<br>_____) | Crim. No. 105-364(RMU)<br><br>**FILED**<br>AUG 1 4 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

Upon consideration of the Defendant's Motion for an order transferring him from the Central Detention Facility to the Central Treatment Facility (CTF), it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the D.C. Department of Corrections transfer Kenneth C. Baker (DCDC No. 309 779) from the Central Detention Facility (the D.C. Jail) to the Correctional Treatment Facility (CCA) pending further proceedings.

SO ORDERED

8/14/07
Date

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

cc: D.C. Jail Records
Gerald Bowser
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

James W. Beane Jr.
2715 M. Street, NW
Suite 200
Washington, D.C. 20007

Barbara E. Kittay
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530