UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Cr. No. 05 - 364 (RMU) |
| | : | |
| KENNETH C. BAKER, JR. | : | |
| | : | |
| Defendant | : | |

ORDER

This matter is before the Court on Defendant Kenneth C. Baker's Motion for Release Pending Trial in this matter. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of September, 2007,

ORDERED that Mr. Baker's motion is granted. It is

FURTHER ORDERED that Mr. Baker shall be released on his personal promise to appear for each court proceeding related to the above captioned matter.

SO ORDERED

_____          _____
DATE                             RICARDO M. URBINA
                                 UNITED STATES DISTRICT JUDGE


cc: Assistant United States Attorney          James W. Beane, Jr., Esquire
    Barbara E. Kittay, Esquire                P.O. Box 77572
    555 Fourth Street, NW                     Washington, DC  20007
    Washington, DC 20530