UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-364 (RMU) |
| | : | |
| KENNETH C. BAKER, JR., | : | |
| | : | **FILED** |
| Defendant. | : | SEP 1 0 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this **10** day of **Sept** 2007,

**ORDERED** that a **status** hearing in the above-captioned case shall take place on **Sept. 20, 2007** at **12:30**.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge