UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
            v.                :    Criminal Action No.: 05-364 (RMU)
                              :
KENNETH C. BAKER, JR.,        :
                              :
            Defendant.        :

**ORDER**

**FILED**
SEP 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 20 day of Sept 2007,

ORDERED that a plea + sentencing hearings in the above-captioned case shall take place on Oct- 16 2007 at 3:00 pm.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge