```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :     Criminal No. 05-364 (RMU)
                              :
                              :
          v.                  :
                              :
                              :
KENNETH BAKER                 :
                              :
                              :
          Defendant.          :
                              :
```

                          NOTICE OF PLEA AGREEMENT

Pursuant to this Court's Standing Order for Criminal Cases (hereafter referred to as the "Standing Order"), issued in this case, and in anticipation of a guilty plea that currently is scheduled for October 16, 2007, the United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this notice of plea agreement, and states as follows:

1. Pursuant to General Order No. 7(a), the government submits the plea agreement (attached hereto as "Exhibit A"). Minor, cosmetic changes have been made (and the document now reflects the substitution of counsel) but the substance is the same as the copy provided to the Court on September 20, 2007.

2. Pursuant to General Order No. 7(b), the government states as follows: the defendant is pleading guilty to bank fraud (in violation of 18 U.S.C. §1344) and money laundering (18 U.S.C. §1956). The elements of these offenses are as follows:

2

**The elements of bank fraud are**:

*First*, that the defendant knowingly executed a scheme or artifice to defraud the SunTrust Bank, to obtain money from SunTrust by means of false or fraudulent pretenses and representations;

*Second*, that SunTrust Bank was a financial institution within the meaning of the law, meaning that it was insured by the Federal Deposit Insurance Corporation;

*Third*, that the defendant acted with intent to defraud;

*Fourth*, that the false or fraudulent pretenses or representations that the defendant made were material, meaning they would naturally tend to influence, or were capable of influencing the decision of SunTrust Bank; and

*Fifth*, that the defendant placed SunTrust Bank at risk of civil liability or financial loss.

*See* <u>Criminal Jury Instructions for the Tenth Circuit</u>, Instruction 2.58, Bank Fraud (adapted).

3

**The elements of money laundering are**:

*First*, that the defendant conducted a financial transaction that affected interstate commerce;

*Second*, that the defendant conducted the financial transaction with money that involved proceeds of specified unlawful activity (bank fraud);

*Third*, that at the time the defendant conducted the financial transaction, he knew that the property represented the proceeds of some form of unlawful activity; and

*Fourth*, that the defendant conducted the financial transaction knowing that the transaction was designed in whole or in part to conceal or disguise the source, ownership or control of the proceeds of bank fraud.

*See* <u>Criminal Jury Instructions for the Eighth Circuit</u>, Instruction 6.18, Money Laundering, Financial Transaction to Conceal Proceeds (adapted).

4

3.   Pursuant to General Order No. 7(c), the government submits the factual proffer that is incorporated by reference into the plea agreement and has been signed by the defendant and counsel (attached hereto as "Exhibit B").

                                Respectfully Submitted,

                                JEFFREY A. TAYLOR
                                UNITED STATES ATTORNEY
                                D.C. Bar Number 498610

By: _____
     BARBARA E. KITTAY
     Assistant U.S. Attorney
     D.C. Bar Number 414216
     United States Attorney's Office
     555 Fourth Street, N.W., Rm. 11-840
     Washington, D.C.  20530
     Tel. (202) 514-6940
     Barbara.Kittay@usdoj.gov