UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____  )   Crim. No. 05-364 (RMU)
                                              )
          versus                              )
                                              )
Kenneth Baker,                                )
_____Defendant_____ )

NOTICE OF ATTORNEY APPEARANCE

The clerk of the Court will please note the entry of my appearance *nunc pro tunc* to September 14, 2007, on behalf of defendant under the Criminal Justice Act.

Respectfully submitted,

NATHAN I. SILVER, II/#944314
Attorney for Kenneth Baker
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via electronic transmission upon the following this 21st day of September 2007: Barbara E. Kittay, Esq., U.S. Attorney's Office for the District of Columbia, 555 4th Street NW, Washington, DC 20530.

_____
*Nathan I. Silver*