UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**          :     Criminal No. 05-364 (RMU)
                                      :
                                      :
          v.                          :
                                      :     **FILED**
                                      :
**KENNETH BAKER,**                    :     OCT 1 6 2007
                                      :
          Defendant                   :     NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT

### JOINT STATEMENT OF FACTS SUPPORTING GUILTY PLEA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, through his attorney, hereby submit this statement of facts in support of a guilty plea:

1. In February 2004, the defendant Kenneth Baker (DOB 12/20/1962) worked at SunTrust Bank as a financial advisor. On or about February 18, 2004, an Assistant Manager at the Hechinger/Safeway Branch, referred an elderly customer named Doris Medley (DOB 7/16/1916) to the defendant for financial planning and assistance.

2. On or about February 19, 2004, defendant BAKER went to Ms. Medley's home in the 1600 block of Lang Place, N.E., in Washington, D.C., to discuss her accounts at SunTrust Bank. At the time of this meeting, Ms. Medley had just over $96,000 in a money market account at SunTrust, some in her a checking account and other accounts. During this meeting, defendant BAKER asserts he was given a check by Ms. Medley that he later filled out in an unauthorized manner, as set forth below. Defendant BAKER

-2-

instructed Ms. Medley to sign the check, and he later filled in the other portions of the check so that it was payable to a friend of his named Ruqiya Akhdar (DOB 4/4/1980), in the amount of $96,000.

3. At the time that defendant BAKER wrote the check to Ruqiya Akhdar, he had known her for approximately five years. Ms. Akhdar previously worked with the defendant, and she also had worked as a receptionist for the defendant's brother. The defendant and Ms. Akhdar were good friends who spent considerable time together socially.

4. On or about February 19, 2004, defendant BAKER asked a bank employee at the SunTrust Metro Center Branch (located at 11th and G Streets, N.W., in Washington, D.C.) to transfer $96,000 from Ms. Medley's money market account into her checking account, to cover the check he had written to Ms. Akhdar. Though Ms. Medley's account was at the Hechinger/Safeway Branch, the defendant and Akhdar went to the Metro Center branch where the defendant was scheduled for work, that day, and where the government believes that no one knew Mrs. Medley. Falsely claiming that Ms. Akhdar was Ms. Medley's granddaughter, the defendant and Ms. Akhdar opened an account in Ms. Akhdar's name and deposited Ms. Medley's $96,000 check. As part of the same transaction, the defendant and Ms. Akhdar obtained $3,000 cash from Ms. Medley's money.

-3-

5. The next day, on February 20, 2004, defendant BAKER called the Assistant Branch Manager of the SunTrust L'Enfant Plaza Branch (located at 925 L'Enfant Plaza, S.W., Washington, D.C.), and asked if the branch had $25,000 in cash available for withdrawal. The Assistant Branch Manager told defendant BAKER that he only had $9,000 cash available. Later that day, the defendant and Ms. Akhdar went to the L'Enfant Plaza Branch and withdrew $9,000 cash from the funds they took from Ms. Medley's money.

6. A week later, on February 27, 2004, defendant BAKER called an employee of the SunTrust Eastover (Maryland) Branch and asked if that branch had $25,000 in cash available for withdrawal. That employee advised defendant BAKER that the Eastover Branch did indeed have that much cash on hand, so defendant BAKER and Ms. Akhdar went to the Eastover Branch and withdrew $25,000 in cash from the funds they had taken from Ms. Medley's money.

7. On February 27, 2004, the defendant electronically transferred $58,000 into a brokerage account that he opened in Ms. Medley's name.

8. On March 2, 2004, defendant BAKER was fired for failing to meet his sales goals. His superiors were unaware, at that time, of the defendant's activities with respect to Ms. Medley's accounts.

-4-

9. On March 5, 2004, Ms. Medley completed an affidavit of forgery noting that she did not authorize anyone to take $96,000 from her account.  She then stated and has since testified that she does not know Ms. Akhdar; that she does not have a granddaughter or a goddaughter; and that she did not authorize anyone to take or move any of her money, for any purpose.

10. Ms. Akhdar has pleaded guilty to bank fraud and is cooperating with the government.  She has testified that she gave all of the cash taken from Ms. Medley to the defendant.

11. Defendant BAKER and Ms. Akhdar obtained cash in each of the three transactions set forth above, knowing that the funds were the proceeds of unlawful activity, and knowing that the transactions converting funds in the "Akhdar" bank account to cash were designed at least in part for the purpose of concealing and disguising the source, ownership and control of the funds.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number 498610

/s/ Barbara Kittay
BARBARA E. KITTAY
D.C. Bar Number 414216
Assistant U.S. Attorney
555 Fourth Street, NW
Washington, D.C.  20530
(202) 514-6940
Barbara.kittay@usdoj.gov

-5-

## Defendant's Acceptance

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by Mr. Silver in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this factual proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

10/16/07
Date

_____
Kenneth Baker

## Defense Counsel's Acknowledgment

I am Kenneth Baker's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

10/16/07
Date

_____
Nathan I. Silver, Esquire