HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-364-01</u> |
| vs. | : | |
| BAKER, Jr., Kenneth C. | : | Disclosure Date: <u>October 4, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          10-5-2007
Prosecuting Attorney                Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____          _____    _____
Defendant              Date             Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>October 9, 2007</u>, to U.S. Probation Officer <u>Monica Glover</u>, telephone number <u>(202) 565-1332</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                    Page 2

¶39 The PSR-writer has applied a 2-level enhancement for leadership role. The government (per the plea agreement) is not seeking this adjustment. We note that we will request a sentence of 27 months, which is in the range of an appropriate USSG sentence with or without the application of 3B1.1(c).

¶40-41 (Impact of the Plea Agreement): It is also an impact of this plea agreement that the defendant would be permitted to withdraw his plea if a sentence of more than 27 months is imposed. (Rule 11(c)(1)(C), Fed. R. Crim. P.)

Thank you, Mrs. Glover, for a thorough and prompt report.

Signed by: _Barbara Littay_
(~~Defendant/Defense Attorney~~/AUSA)

Date: 10-5-2007