UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-364 (RMU)
:
KENNETH C. BAKER, JR., :
:
Defendant. :

**ORDER**

**FILED**
OCT 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this _16_ day of _Oct_ 2007,

**ORDERED** that a _progress_ hearing in the above-captioned case shall take place on _May 12, 2008_ at _10 AM_.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

(MJ)