**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 05-0364-01 (RMU)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KENNETH C. BAKER JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, hereby informs the Court that the above-captioned matter is assigned to

Assistant United States Attorney Vasu B. Muthyala, telephone number (202) 514-7541, and this

is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Vasu B. Muthyala
Assistant United States Attorney
Bar No. 210462 CA
555 4th Street, N.W., Room 5239
Washington, DC 20530
(202) 514-7541
Vasu.Muthyala@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 9th day of May, 2008, a copy of the Notice of

Assignment and Appearance was served via ECF on counsels for the defendant:


        James W. Beane, Jr.
        636 Baronne Street
        New Orleans, La 70113


        Nathan I. Silver, II
        LAW OFFICES OF NATHAN I. SILVER
        P.O. Box 5757
        Bethesda, MD 20824-5757


        _____/s/_____
        VASU B. MUTHYALA
        Assistant United States Attorney