UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
            v.                   :    Criminal Action No.: 05-364 (RMU)
                                 :
KENNETH C. BAKER, JR.,           :
                                 :
            Defendant.           :

**ORDER**

It is this _12_ day of _May_ 2008,

**ORDERED** that a ___Status___ hearing in the above-captioned case shall take place on ___Dec. 4th 2008___ at ___10:00 AM___

**SO ORDERED.**

FILED
MAY 12 2008
Clerk, U.S. District and
Bankruptcy Courts

_____
Ricardo M. Urbina
United States District Judge