UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  05-364 (RMU) |
| | : | |
| KENNETH C. BAKER, JR., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**FILED**

AUG 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 28th day of August, 2008,

**ORDERED** that a hearing on violation in the above-captioned case shall take place on Tuesday, September 23, 2008 at 10:00 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge